# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I.(a) PLAINTIFFS:** SHOTSPOTTER, INC., and THE JOHNS HOPKINS UNIVERSITY, d/b/a THE JOHNS HOPKINS UNIVERSITY APPLIED PHYSICS LABORATORY

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF - jasper
(EXCEPT IN U.S. PLAINTIFF CASES ONLY)

**DEFENDANTS:** SECURE NETWORK SYSTEMS, LLC

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT :
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**c) ATTORNEYS** (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Alastair J. Warr, Attorney Number: 15873-49
Dean E. McConnell, Attorney Number: 20254-49
KRIEG DeVAULT LLP
One Indiana Square, Suite 2800
Indianapolis, IN 46204-2079
Phone: (317) 636-4341

**ATTORNEYS (IF KNOWN)**

**1:09 cv-1105 SEB-TAB**

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

| | |
|---|---|
| _1 U.S. Government Plaintiff | **X** Federal Question (U.S. Government Not a Party) 3 |
| _2 U.S. Government Defendant | _4 Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | _1 | _1 | Incorporated or Principal Place of Business In This State | 4 | _4 |
| Citizen of Another State | _X 2 | X 2 | Incorporated and Principal Place of Business In Another State | _5 | _5 |
| Citizen or Subject of a Foreign Country | _3 | _3 | Foreign Nation | _6 | _6 |

(PLACE AN "X" IN ONE BOX ONLY)

| | | | | | |
|---|---|---|---|---|---|
| X1 Original Proceeding | _2 Removed from State Court | _3 Remanded from Appellate Court | _4 Reinstated or Reopened | _5 Transferred from another district (specify) | _6 Multidistrict Litigation   _7 Appeal to District Judge from Magistrate Judgment |

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| _ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | _ 610 Agriculture | _ 422 Appeal 28 USC 158 | _ 400 State Reapportionment |
| _ 120 Marine | _ 310 Airplane | _ 362 Personal Injury Med. Malpractice | _ 620 Other Food & Drug | _ 423 Withdrawal 28 USC 157 | _ 410 Antitrust |
| _ 130 Miller Act | _ 315 Airplane Product Liability | _ 365 Personal Injury Product | _ 625 Drug Related Seizure of Property 21 USC 881 | | _ 430 Banks and Banking |
| _ 140 Negotiable Instrument | _ 320 Assault Libel & Slander | Liability | _ 630 Liquor Laws | **PROPERTY RIGHTS** | _ 450 Commerce/ICC Rates, etc. |
| _ 150 Recovery of Overpayment & Enforcement of Judgment | _ 330 Federal Employers Liability | _ 368 Asbestos Personal Injury Product Liability | _ 640 RR & Truck | _ 820 Copyrights | _ 460 Deportation |
| _ 151 Medicare Act | _ 340 Marine | **PERSONAL PROPERTY** | _ 650 Airline Regs. | X 830 Patent | 470 Racketeer Influenced and Corrupt Organizations |
| _ 152 Recovery of Defaulted Student Loans (Excl. FVeterans) | _ 345 Marine Product Liability | _ 370 Other Fraud | _ 660 Occupational Safety/Health | _ 840 Trademark | _ 810 Selective Service |
| _ 153 Recovery of Overpayment of Veteran's Benefits | _ 350 Motor Vehicle | _ 371 Truth in Lending | _ 690 Other | **SOCIAL SECURITY** | _ 850 Securities/Commodities/ Exchange |
| _ 160 Stockholders Suits | _ 355 Motor Vehicle Product Liability | _ 380 Other Personal Property Damage | | _ 861 HIA (1395ff) | _ 875 Customer Challenge 12 USC 3410 |
| _ 190 Other Contract | _ 360 Other Personal Injury | _ 385 Property Damage Product Liability | | _ 862 Black Lung (923) | _ 891 Agricultural Acts |
| _ 195 Contract Product Liability | | | | _ 863 DIWC/DIWW (405(g)) | _ 892 Economic Stabilization Act |
| | | | | _ 864 SSID Title XVI | _ 893 Environmental Matters |
| | | | | _ 865 RSI (405(g)) | _ 894 Energy Allocation Act |

| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | LABOR | FEDERAL TAX SUITS | |
|---|---|---|---|---|---|
| _ 210 Land Condemnation | _ 441 Voting | _ 510 Motions to Vacate Sentence | _ 710 Fair Labor Standards Act | _ 870 Taxes (U.S. Plaintiff or Defendant) | _ 895 Freedom of Information Act |
| 220 Foreclosure | _ 442 Employment | **HABEAS CORPUS:** | _ 720 Labor/Mgmt Relations | _ 871 IRS - Third Party 26 USC 7609 | _ 900 Appeal of Fee Determination Under Equal Access to Justice |
| _ 230 Rent Lease & Ejectment | _ 443 Housing Accommodations | _ 530 General | _ 730 Labor/Mgmt Reporting & Disclosure Act | | _ 950 Constitutionality of State Statutes |
| _ 240 Torts to Land | _ 444 Welfare | _ 535 Death Penalty | _ 740 Railway Labor Act | | _ 890 Other Statutory Actions |
| _ 245 Tort Product Liability | _ 440 Other Civil Rights | _ 540 Mandamus & Other | _ 790 Other Labor Litigation | | |
| _ 290 all Other Real Property | | _ 550 Civil Rights | _ 791 Empl Ret Inc Security Act | | |
| | | _ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

35 U.S.C. § 1 et seq.

## VII. REQUESTED IN COMPLAINT:

_ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND: $ Several Million

CHECK YES only if demanded in complaint:
JURY DEMAND:   X YES   _ NO

## VIII. RELATED CASE(S), IF ANY

PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE."

Date: 9-8-2009

/s/Alastair J. Warr
Signature of Attorney of Record, Alastair J. Warr, 15873-49

KD_2273669_1.DOC