```
Court Name: Southern District of Indiana
Division: 1
Receipt Number: IP014344
Cashier ID: nschaefe
Transaction Date: 09/08/2009
Payer Name: KREIG DEVAULT LLP
-----------------------------------------
CIVIL FILING FEE
  For: KREIG DEVAULT LLP
  Case/Party: D-INS-1-09-CV-001105-001
  Amount:        $350.00
-----------------------------------------
CHECK
  Check/Money Order Num: 195832
  Amt Tendered:  $350.00
-----------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

KREIG DEVAULT, LLP

ONE INDIANA SQUARE

SUITE 2800

INDIANAPOLIS, IN 46204


FILING FEE 1:09-CV-1105-SEB-TAB

"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $45.00 fee
will be charged for a returned
check."
```