AD 440 (Rev. 10/93) Summons in Civil Action

# United States District Court

## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION
## SUMMONS IN A CIVIL ACTION

| | |
|---|---|
| SHOTSPOTTER, INC., and THE JOHNS HOPKINS UNIVERSITY, d/b/a THE JOHNS HOPKINS UNIVERSITY APPLIED PHYSICS LABORATORY,<br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>Secure Network Systems, LLC<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　　Case No. **1:09 cv-1105 SEB-TAB**<br>)<br>)<br>)<br>)<br>) |

**TO:**　Secure Network Systems, LLC
　　　　4282 York Street
　　　　Dacono, Colorado 80514

**YOU ARE HEREBY SUMMONED** and required to serve upon **PLAINTIFFS' ATTORNEYS:**

　　　　　　　　　　Alastair J. Warr, Attorney Number: 15873-49
　　　　　　　　　　Dean E. McConnell, Attorney Number: 20254-49
　　　　　　　　　　KRIEG DeVAULT LLP
　　　　　　　　　　One Indiana Square, Suite 2800
　　　　　　　　　　Indianapolis, IN 46204-2079
　　　　　　　　　　Phone: (317) 636-4341

Of counsel:
Mario Aieta
Satterlee Stephens Burke & Burke
230 Park Ave., Suite 1130
New York, NY 10169
Phone: (212) 818-9200

David P. Gordon
Gordon & Jacobson, P.C.
60 Long Ridge Road
Stamford, CT 06902
Phone: (203) 323-1800

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____　　　　　　SEP 0 8 2009
**CLERK**　　　　　　　　　　　　　　　　　　　**DATE**

_____
**BY DEPUTY CLERK**