IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHOTSPOTTER, INC., and THE JOHNS HOPKINS UNIVERSITY, d/b/a THE JOHNS HOPKINS UNIVERSITY APPLIED PHYSICS LABORATORY,<br><br>    Plaintiffs,<br><br>vs.<br><br>Secure Network Systems, LLC<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. _____<br>)<br>)  1:09 cv-1105 SEB-TAB<br>)<br>)<br>) |

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
09 SEP -8 PM 2:18
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

**SHOTSPOTTER, INC.'S FED. CIV. P. 7.1
DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, ShotSpotter, Inc., makes the following disclosure:

1. Plaintiff, ShotSpotter, Inc., has no parent corporations.

2. No publicly held corporation owns 10% or more of the stock of plaintiff, ShotSpotter, Inc.

Respectfully submitted,

_____
Alastair J. Warr, Attorney Number: 15873-49
Dean E. McConnell, Attorney Number: 20254-49
KRIEG DeVAULT LLP
One Indiana Square, Suite 2800
Indianapolis, IN 46204-2079
Phone: (317) 636-4341

Attorneys for Plaintiffs

Of counsel:

Mario Aieta
Satterlee Stephens Burke & Burke
230 Park Ave., Suite 1130
New York, NY 10169
Phone: (212) 818-9200

David P. Gordon
Gordon & Jacobson, P.C.
60 Long Ridge Road
Stamford, CT 06902
Phone: (203) 323-1800

KD_2276078_1.DOC