IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

SEP -8 PM 2:18

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| SHOTSPOTTER, INC., and THE JOHNS HOPKINS UNIVERSITY, d/b/a THE JOHNS HOPKINS UNIVERSITY APPLIED PHYSICS LABORATORY, <br>  Plaintiffs, <br><br> vs. <br><br> Secure Network Systems, LLC <br><br> Defendant. | ) ) ) ) ) ) ) ) Case No. _____ ) ) **1:09 cv-1105 SEB-TAB** ) ) |

### THE JOHNS HOPKINS UNIVERSITY, D/B/A THE JOHNS HOPKINS UNIVERSITY APPLIED PHYSICS LABORATORY FED. CIV. P. 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, The Johns Hopkins University, d/b/a The Johns Hopkins University Applied Physics Laboratory make the following disclosure:

1. Plaintiff, The Johns Hopkins University is a non-profit educational and research institution and has no parent corporation. The Johns Hopkins University Applied Physics Laboratory is a non-profit engineering, research, and development division of The Johns Hopkins University

2. No publicly held corporation owns 10% or more of the stock of plaintiff, The Johns Hopkins University.

Respectfully submitted,

*[signature]*

Alastair J. Warr, Attorney Number: 15873-49
Dean E. McConnell, Attorney Number: 20254-49
KRIEG DeVAULT LLP
One Indiana Square, Suite 2800
Indianapolis, IN 46204-2079
Phone: (317) 636-4341

Attorneys for Plaintiffs


Of counsel:

Mario Aieta
Satterlee Stephens Burke & Burke
230 Park Ave., Suite 1130
New York, NY 10169
Phone: (212) 818-9200

David P. Gordon
Gordon & Jacobson, P.C.
60 Long Ridge Road
Stamford, CT 06902
Phone: (203) 323-1800

KD_2275011_1.DOC