✎ AO 120 (Rev. 3/04)

| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Southern District of Indiana___ on the following ☐ Patents or ☑ Trademarks:

| DOCKET NO.<br>1:09-cv-1105-B/K | DATE FILED<br>9/8/2009 | U.S. DISTRICT COURT Southern District of Indiana |
|---|---|---|
| PLAINTIFF<br><br>SHOTSPOTTER, INC., AND THE JOHNS HOPKINS UNIVERSITY | | DEFENDANT<br><br>SECURE NETWORK SYSTEMS, INC. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,411,865 | 8/12/2008 | system arch data from a sensor array |
| 2 | 6,965,541 | 11/15/2005 | gun shot digital imaging system |
| 3 | | | (See copy of Complaint attached) |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | ☐ Amendment     ☐ Answer     ☐ Cross Bill     ☐ Other Pleading | |
|---|---|---|---|
| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>*Laura A Briggs* | (BY) DEPUTY CLERK<br>*Melanie Carmichael* | DATE<br>9/11/2009 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**