IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHOTSPOTTER, INC., and THE JOHNS HOPKINS UNIVERSITY, d/b/a THE JOHNS HOPKINS UNIVERSITY APPLIED PHYSICS LABORATORY, <br>           Plaintiffs, <br><br> vs. <br><br> Secure Network Systems, LLC <br><br>           Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:09-cv-1105 SEB-TAB <br> ) <br> ) <br> ) <br> ) |

# NOTICE OF RELATED CASE

ShotSpotter, Inc. and The Johns Hopkins University, by counsel, notifies that this matter is related to pending Civil Action No. 09-cv-7828, *ShotSpotter, Inc., and The Johns Hopkins University v. Safety Dynamics, Inc.*, filed in the Southern District of New York on September 11, 2009. A copy of the New York complaint is attached hereto as Exhibit A. The New York complaint asserts claims for patent infringement of U.S. Patent No. 7,411,865 and U.S. Patent No. 6,965,541 against Safety Dynamics, Inc., which is not a party in the instant case. However, the same patents are also being asserted as infringed in this action against Secure Network Systems, LLC. The purpose of this filing is to place the Court on notice, pursuant to Local Rule 40.1(d), of this related matter.

        Respectfully submitted,

        /s/ Dean E. McConnell
        Dean E. McConnell, Attorney Number:  20254-49
        Alastair J. Warr, Attorney Number:  15873-49
        KRIEG DeVAULT LLP
        One Indiana Square, Suite 2800
        Indianapolis, IN 46204-2079
        Phone: (317) 636-4341

        Attorneys for Plaintiffs

Of counsel:
Mario Aieta
Satterlee Stephens Burke & Burke
230 Park Ave., Suite 1130
New York, NY  10169
Phone: (212) 818-9200

David P. Gordon
Gordon & Jacobson, P.C.
60 Long Ridge Road
Stamford, CT 06902
Phone: (203) 323-1800

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was, on the 25 day of September, 2009, filed electronically using the Court's Electronic Case Filing System.  Notice of this filing will be sent electronically to the following using the Court's electronic notification system.  Parties may access this filing through the Court's Electronic Case Filing System.  A copy of the foregoing is also being mailed, via first-class U.S. mail postage prepaid, to Secure Network Systems, LLC at the address indicated below.

Secure Network Systems, LLC
4282 York Street
Dacono, Colorado  80514

                                             /s/Dean E. McConnell
                                             Dean E. McConnell
                                             Attorney for Plaintiffs

KD_2310666_1.DOC