IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SHOTSPOTTER, INC., and THE JOHNS HOPKINS UNIVERSITY, d/b/a THE JOHNS HOPKINS UNIVERSITY APPLIED PHYSICS LABORATORY, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 1:09-cv-1105 SEB-TAB |
| Secure Network Systems, LLC | ) ) | |
| Defendant. | ) | |

## APPEARANCE

Dean E. McConnell of the law firm of Krieg DeVault LLP, One Indiana Square, Suite 2800, Indianapolis, Indiana 46204, hereby enters his appearance on behalf of Plaintiffs, ShotSpotter, Inc., and The John Hopkins University, d/b/a The Johns Hopkins University Applied Physics Laboratory.

Respectfully submitted,


/s/ Dean E. McConnell_____
Dean E. McConnell, Attorney Number:  20254-49
Alastair J. Warr, Attorney Number:  15873-49
KRIEG DeVAULT LLP
One Indiana Square, Suite 2800
Indianapolis, IN 46204-2079
Phone: (317) 636-4341

Attorneys for Plaintiffs

Of counsel:
Mario Aieta
Satterlee Stephens Burke & Burke
230 Park Ave., Suite 1130
New York, NY  10169
Phone: (212) 818-9200

David P. Gordon
Gordon & Jacobson, P.C.
60 Long Ridge Road
Stamford, CT 06902
Phone: (203) 323-1800

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing document was, on the 25 day of September, 2009, filed electronically using the Court's Electronic Case Filing System.  Notice of this filing will be sent electronically to the following using the Court's electronic notification system.  Parties may access this filing through the Court's Electronic Case Filing System.  A copy of the foregoing is also being mailed, via first-class U.S. mail postage prepaid, to Secure Network Systems, LLC at the address indicated below.

Secure Network Systems, LLC
4282 York Street
Dacono, Colorado  80514

/s/Dean E. McConnell
Dean E. McConnell
Attorney for Plaintiffs

KD_2318152_1.DOC