UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
------------------------------------------------------------------------x
SHOTSPOTTER, INC. and THE JOHNS HOPKINS
UNIVERSITY,

                              Plaintiffs,        Civil Action No. 09 cv 1105 SEB-TAB

       - against –

SECURE NETWORK SYSTEMS, LLC,
                          Defendent.
------------------------------------------------------------------------x

### AFFIDAVIT OF PERSONAL SERVICE

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF NEW YORK  )

The undersigned, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and reside at _____ *1043 Terrace Cir South Boulder CO 80304*

2. That on September 11, 2009, deponent served a true copy of the annexed SUMMONS; COMPLAINT; CIVIL COVER SHEET; THE JOHNS HOPKINS UNIVERSITY, D/B/A THE JOHNS HOPKINS UNIVERSITY APPLIED PHYSICS LABORATORY FED. CIV. P. 7.1 DISCLOSURE STATEMENT; SHOTSPOTTER, INC.'S CIV. P. 7.1 DISCLOSURE STATEMENT and NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE upon:

                    Secure Network Systems, LLC
                    4282 York Street
                    Dacono, CO 80514

by delivering a true copy thereof to Duran Dunne, Vice President of Converged Security who when asked, said that he was authorized to accept service at that address for Secure Network Systems, LLC. Duran Dunne is a white male, approximately 28 years of age, approximately 5 feet 8 inches, approximately 150 pounds with brown hair.

                                                            John Chely

Sworn to before me this
16th day of September 2009.

*Diana M Bara*
Notary Public

        DIANA M. BARA
        NOTARY PUBLIC
     STATE OF COLORADO
  My Commission Expires 09/17/2013

781683_1