UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

09 OCT 28 PM 2 45

| | |
|---|---|
| SHOTSPOTTER, INC. and THE JOHNS HOPKINS UNIVERSITY, </br></br>Plaintiff(s),</br></br>v.</br></br>SECURE NETWORK SYSTEMS, LLC,</br></br>Defendant(s). | Cause No. 1:09-cv-1105-SEB-TAB |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to S. D. Ind. Local Rule 83.5(c), the undersigned counsel, Robert R. Brunelli of Sheridan Ross P.C., respectfully moves the Court for an order granting admission *pro hac vice* for the purpose of appearing as counsel on behalf of Secure Network Systems, LLC in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice in the following states and federal jurisdictions:

State of Colorado, October 1990
    Colorado Attorney Registration Number 20070
United States District Court for the District of Colorado, October 1990
United States Court of Appeals for the Tenth Circuit, October 1991
United States Court of Appeals for the Federal Circuit, October 1991
United States Court of Appeals for the Fourth Circuit, 1992
United States District Court for the Western District of Wisconsin, August 2003

2. I am not currently the subject of any professional disciplinary sanction, proceeding or investigation in any jurisdiction.

3. I certify that I will abide by the Seventh Circuit Standards of Professional Conduct.

4. I have presented a check in the amount of Thirty Dollars ($30.00) in payment of the administrative fees required to process this motion for admission *pro hac vice*.

WHEREFORE, the undersigned counsel respectfully requests this Court enter an order of admission *pro hac vice* for purposes of this cause only.

Dated: October 27, 2009

Respectfully submitted,

Robert R. Brunelli
Sheridan Ross P.C.
1560 Broadway, Suite 1200
Denver, Colorado, 80202
(303) 863-2980
(303) 863-0223
rbrunelli@sheridanross.com
litigation@sheridanross.com

## **CERTIFICATE OF SERVICE**

    This is to certify that a copy of the foregoing has been filed with the Clerk of Court on October 27, 2009 and served upon the following counsel of record via U.S. Mail, first class postage prepaid, addressed to:

    Dean E. McConnell, Attorney Number:    20254-49
    Alastair J. Warr, Attorney Number:    15873-49
    KRIEG DeVAULT LLP
    One Indiana Square, Suite 2800
    Indianapolis, IN 46204-2079

Attorneys for Plaintiffs

    Mario Aieta
    Satterlee Stephens Burke & Burke
    230 Park Ave., Suite 1130
    New York, NY 10169

    David P. Gordon
    Gordon & Jacobson, P.C.
    60 Long Ridge Road
    Stamford, CT 06902

Of counsel for Plaintiffs

*/s/ Robert R. Brunelli*
Robert R. Brunelli
Sheridan Ross P.C.
1560 Broadway, Suite 1200
Denver, Colorado, 80202
(303) 863-2980
(303) 863-0223
rbrunelli@sheridanross.com
litigation@sheridanross.com