UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHOTSPOTTER, INC. and THE JOHNS HOPKINS UNIVERSITY, | )<br>)<br>) |
| Plaintiff(s), | )<br>) |
| v. | ) Cause No. 1:09-cv-1105-SEB-TAB |
| SECURE NETWORK SYSTEMS, LLC, | )<br>)<br>) |
| Defendant(s). | ) |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S. D. Ind. Local Rule 83.5(c), the undersigned counsel, James M. Burke of Sheridan Ross P.C., respectfully moves the Court for an order granting admission *pro hac vice* for the purpose of appearing as counsel on behalf of Secure Network Systems, LLC in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice in the following states:

State of Colorado, October 2009
    Colorado Attorney Registration Number 41145

2. I am not currently the subject of any professional disciplinary sanction, proceeding or investigation in any jurisdiction.

3. I certify that I will abide by the Seventh Circuit Standards of Professional Conduct.

4. I have presented a check in the amount of Thirty Dollars ($30.00) in payment of the administrative fees required to process this motion for admission *pro hac vice*.

WHEREFORE, the undersigned counsel respectfully requests this Court enter an order of admission *pro hac vice* for purposes of this cause only.

Dated: October 27, 2009

                                              Respectfully submitted,

                                              */s/ James M. Burke*
                                              James M. Burke
                                              Sheridan Ross P.C.
                                              1560 Broadway, Suite 1200
                                              Denver, Colorado, 80202
                                              (303) 863-2998
                                              (303) 863-0223
                                              jburke@sheridanross.com
                                              litigation@sheridanross.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been filed with the Clerk of Court on October 27, 2009 and served upon the following counsel of record via U.S. Mail, First Class postage prepaid, addressed to:

    Dean E. McConnell, Attorney Number:    20254-49
    Alastair J. Warr, Attorney Number:    15873-49
    KRIEG DeVAULT LLP
    One Indiana Square, Suite 2800
    Indianapolis, IN 46204-2079

Attorneys for Plaintiffs

    Mario Aieta
    Satterlee Stephens Burke & Burke
    230 Park Ave., Suite 1130
    New York, NY 10169

    David P. Gordon
    Gordon & Jacobson, P.C.
    60 Long Ridge Road
    Stamford, CT 06902

Of counsel for Plaintiffs

                                /s/ James M. Burke
                                James M. Burke
                                Sheridan Ross, P.C.
                                1560 Broadway, Suite 1200
                                Denver, Colorado, 80202
                                (303) 863-2998
                                (303) 863-0223
                                jburke@sheridanross.com
                                litigation@sheridanross.com