```
Court Name: Southern District of Indiana
Division: 1
Receipt Number: IP015284
Cashier ID: dhabing
Transaction Date: 10/28/2009
Payer Name: SHERIDAN ROSS

PRO HAC VICE
 For: SHERIDAN ROSS
 Case/Party: D-INS-1-09-LB-000001-001
 Amount:      $30.00

CHECK
 Check/Money Order Num: 43388
 Amt Tendered: $30.00

Total Due:      $30.00
Total Tendered: $30.00
Change Amt:     $0.00

1:09-cv-1105-SEB-TAB

PHV FEE--JAMES M BURKE


"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $45.00 fee
will be charged for a returned
check."
```