UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

SHOTSPOTTER, INC. and )
THE JOHNS HOPKINS )
UNIVERSITY, )
 )
    Plaintiff(s), )
 )
v. ) Cause No. 1:09-cv-1105-SEB-TAB
 )
SECURE NETWORK SYSTEMS, )
LLC, )
 )
    Defendant(s). )

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of Robert Brunelli, counsel for Secure Network Systems, LLC, for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now

ORDERED that the motion be, and hereby is GRANTED.

Dated: 10/30/2009            s/ Sarah Evans Barker

United States District Court
Southern District of Indiana

Copies to:

Robert Brunelli
Sheridan Ross, P.C.
1560 Broadway, Suite 1200

Denver, Colorado 80202

James Burke
Sheridan Ross, P.C.
1560 Broadway, Suite 1200
Denver, Colorado 80202

Attorneys for Defendants

    Dean E. McConnell, Attorney Number:    20254-49
    Alastair J. Warr, Attorney Number:    15873-49
    KRIEG DeVAULT LLP
    One Indiana Square, Suite 2800
    Indianapolis, IN 46204-2079