**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| SHOTSPOTTER, INC. and THE JOHNS HOPKINS UNIVERSITY, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:09-cv-1105-SEB-TAB |
| v. | ) ) ) | |
| SECURE NETWORK SYSTEMS, LLC, | ) ) | |
| Defendant. | ) | |

**NOTICE OF ENTRY OF APPEARANCE ON
BEHALF OF DEFENDANT SECURE NETWORK SYSTEMS, LLC**

Robert R. Brunelli of the law firm Sheridan Ross P.C. hereby enters his appearance on behalf of Defendant Secure Network Systems, LLC in the above-referenced matter. The undersigned requests that all papers in this matter be served upon him at the e-mail address set forth below.

Respectfully submitted,

Dated: October 30, 2009        By: s/ Robert R. Brunelli
                                Robert R. Brunelli
                                    rbrunelli@sheridanross.com
                                James M. Burke
                                    jburke@sheridanross.com
                                SHERIDAN ROSS P.C.
                                1560 Broadway, Suite 1200
                                Denver, Colorado 80202-5141
                                Telephone: 303-863-9700
                                Facsimile: 303-863-0223
                                E-mail: litigation@sheridanross.com

                                ATTORNEYS FOR DEFENDANT

# CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail recipients:

Alastair J. Warr, Esq.
  awarr@kdlegal.com
Dean E. McConnell, Esq.
  dmcconnell@kdlegal.com
Krieg DeVault LLP
One Indiana Square, Suite 2800
Indianapolis, IN  46204-2079

s/ Lori R. Brown
Lori R. Brown
Assistant to Robert R. Brunelli
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, Colorado  80202-5141
(303) 863-9700 – Telephone
(303) 863-0223 – Facsimile
E-mail:  lbrown@sheridanross.com
  litigation@sheridanross.com