# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SHOTSPOTTER, INC. and THE JOHNS HOPKINS UNIVERSITY, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:09-cv-1105-SEB-TAB |
| v. | ) ) ) | |
| SECURE NETWORK SYSTEMS, LLC, | ) ) | |
| Defendant. | ) | |

**DEFENDANT SECURE NETWORK SYSTEMS, LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(a) AND LOCAL RULE 7.2**

Pursuant to Fed. R. Civ. P. 7.1(a) and Local Rule 7.2, to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Secure Network Systems, LLC certifies that there is no corporate parent, affiliate and/or publicly held corporation that owns 10% or more of Defendant's stock.

Respectfully submitted,

Dated: October 30, 2009

By: s/ Robert R. Brunelli
Robert R. Brunelli
rbrunelli@sheridanross.com
James M. Burke
jburke@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, Colorado 80202-5141
Telephone: 303-863-9700
Facsimile: 303-863-0223
E-mail: litigation@sheridanross.com

ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 30th day of October, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail recipients:

 Alastair J. Warr, Esq.
   awarr@kdlegal.com
 Dean E. McConnell, Esq.
   dmcconnell@kdlegal.com
 Krieg DeVault LLP
 One Indiana Square, Suite 2800
 Indianapolis, IN 46204-2079

            s/ Lori R. Brown
            Lori R. Brown
            Assistant to Robert R. Brunelli
            SHERIDAN ROSS P.C.
            1560 Broadway, Suite 1200
            Denver, Colorado 80202-5141
            (303) 863-9700 – Telephone
            (303) 863-0223 – Facsimile
            E-mail: lbrown@sheridanross.com
              litigation@sheridanross.com