# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SHOTSPOTTER, INC. and THE JOHNS HOPKINS UNIVERSITY, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:09-cv-1105-SEB-TAB |
| v. | ) ) ) | |
| SECURE NETWORK SYSTEMS, LLC, | ) ) | |
| Defendant. | ) | |

## NOTICE OF ENTRY OF APPEARANCE ON
## BEHALF OF DEFENDANT SECURE NETWORK SYSTEMS, LLC

James M. Burke of the law firm Sheridan Ross P.C. hereby enters his appearance on behalf of Defendant Secure Network Systems, LLC in the above-referenced matter. The undersigned requests that all papers in this matter be served upon him at the e-mail address set forth below.

Respectfully submitted,

Dated: October 30, 2009

By: s/ James M. Burke
Robert R. Brunelli
  rbrunelli@sheridanross.com
James M. Burke
  jburke@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, Colorado 80202-5141
Telephone: 303-863-9700
Facsimile: 303-863-0223
E-mail: litigation@sheridanross.com

ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this 30th day of October, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail recipients:

    Alastair J. Warr, Esq.
        awarr@kdlegal.com
    Dean E. McConnell, Esq.
        dmcconnell@kdlegal.com
    Krieg DeVault LLP
    One Indiana Square, Suite 2800
    Indianapolis, IN  46204-2079

                                  s/ Lori R. Brown
                                  Lori R. Brown
                                  Assistant to James M. Burke
                                  SHERIDAN ROSS P.C.
                                  1560 Broadway, Suite 1200
                                  Denver, Colorado  80202-5141
                                  (303) 863-9700 – Telephone
                                  (303) 863-0223 – Facsimile
                                  E-mail:  lbrown@sheridanross.com
                                              litigation@sheridanross.com