IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHOTSPOTTER, INC., and THE JOHNS HOPKINS UNIVERSITY, d/b/a THE JOHNS HOPKINS UNIVERSITY APPLIED PHYSICS LABORATORY,<br>              Plaintiffs,<br><br>   vs.<br><br>Secure Network Systems, LLC<br><br>              Defendant. | Case No. 1:09-cv-1105-SEB-TAB |

## JOINT REQUEST FOR EXTENSION OF TIME TO SUBMIT CASE MANAGEMENT PLAN

Pursuant to Local Rule 6.1, Plaintiffs ShotSpotter, Inc., The Johns Hopkins University, d/b/a The Johns Hopkins University Applied Physics Laboratory, and Defendant Secure Network Systems, LLC hereby file a joint request for an extension of time to file a case management plan in connection with the above-captioned matter. In support thereof, the parties hereby state the following:

1. On September 8, 2009, Plaintiffs filed their Complaint against Defendant.

2. Pursuant to Local Rule 16.1, a case management plan is due to be filed today, December 7, 2009.

3. The parties have been actively discussing settlement of this matter and anticipate that a settlement might be reached within the next two weeks.

4. The parties jointly request a two week extension of time to file the case management plan up to and including December 21, 2009.

5. The purpose of this request is not for delay.

1

        Respectfully submitted,

        /s/ Dean E. McConnell
        Dean E. McConnell, Attorney Number: 20254-49
        Alastair J. Warr, Attorney Number: 15873-49
        KRIEG DeVAULT LLP
        One Indiana Square, Suite 2800
        Indianapolis, IN 46204-2079
        Phone: (317) 636-4341

        Attorneys for Plaintiffs

Of counsel:

Mario Aieta
Satterlee Stephens Burke & Burke
230 Park Ave., Suite 1130
New York, NY 10169
Phone: (212) 818-9200

David P. Gordon
Gordon & Jacobson, P.C.
60 Long Ridge Road
Stamford, CT 06902
Phone: (203) 323-1800

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing document was, on the 7th day of December, 2009, filed electronically using the Court's Electronic Case Filing System.  Notice of this filing will be sent electronically to the following using the Court's electronic notification system.  Parties may access this filing through the Court's Electronic Case Filing System.

Robert R. Brunelli
James M. Burke
SHERIDAN ROSS PC
1560 Broadway Street, Suite 1200
Denver, CO  80202

        /s/Dean E. McConnell
        Dean E. McConnell
        Attorney for Plaintiffs

KD_2426541_1.DOC