IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHOTSPOTTER, INC., and THE JOHNS HOPKINS UNIVERSITY, d/b/a THE JOHNS HOPKINS UNIVERSITY APPLIED PHYSICS LABORATORY,<br>          Plaintiffs,<br><br>vs.<br><br>Secure Network Systems, LLC<br><br>          Defendant. | Case No. 1:09-cv-1105-SEB-TAB |

## ORDER GRANTING JOINT REQUEST FOR EXTENSION OF TIME TO SUBMIT CASE MANAGEMENT PLAN

This matter has come before the Court upon the parties' Joint Request for Extension of Time to Submit Case Management Plan filed on December 7, 2009.  Being fully advised, it is now

ORDERED that the request be, and hereby is GRANTED.  The parties shall submit a case management plan in connection with this case on or before December 21, 2009.

Dated: _____          _____

United States District Court
Southern District of Indiana

Copies to:

Dean E. McConnell
Alastair J. Warr
KRIEG DEVAULT LLP
One Indiana Square, Suite 2800
Indianapolis, IN  46204

Robert R. Brunelli
James M. Burke
SHERIDAN ROSS PC
1560 Broadway Street, Suite 1200
Denver, CO  80202

KD_2426712_1.DOC