IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHOTSPOTTER, INC., and THE JOHNS HOPKINS UNIVERSITY, d/b/a THE JOHNS HOPKINS UNIVERSITY APPLIED PHYSICS LABORATORY,<br>    Plaintiffs,<br><br>vs.<br><br>Secure Network Systems, LLC<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:09-cv-1105-SEB-TAB<br>)<br>)<br>)<br>)  |

## JOINT STIPULATION OF DISMISSAL

ShotSpotter, Inc., The Johns Hopkins University, d/b/a The Johns Hopkins University Applied Physics Laboratory, by counsel, and Secure Network Systems, LLC, by counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) stipulate to the dismissal of all claims with prejudice, costs paid.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties to this action, by and through their undersigned attorneys, and so ordered by the Court, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is hereby dismissed, with prejudice, and without costs or attorneys' fees to any party.

Dated:  12/17/2009

                     _____
                     SARAH EVANS BARKER, JUDGE
                     United States District Court
                     Southern District of Indiana

Respectfully submitted,

/s/ Alastair J. Warr
Alastair J. Warr
KRIEG DeVAULT LLP
One Indiana Square
Suite 2800
Indianapolis, IN 46204-2079
Phone: (317) 636-4341
FAX: (317) 636-1507

Attorneys for Plaintiffs

And

/s/ Robert R. Brunelli
Robert R. Brunelli Esq.
Sheridan Ross PC
1560 Broadway
Suite 1200
Denver, CO 80202-5141
Phone: (303) 863-9700
Fax: (303) 863-0223

Attorneys for Defendant

Of counsel:

Mario Aieta
Satterlee Stephens Burke & Burke
230 Park Ave., Suite 1130
New York, NY  10169
Phone: (212) 818-9200

David P. Gordon
Gordon & Jacobson, P.C.
60 Long Ridge Road
Stamford, CT 06902
Phone: (203) 323-1800

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was, on December 15, 2009, filed electronically using the Court's Electronic Case Filing System.  Notice of this filing will be sent electronically to the following using the Court's electronic notification system.  Parties may access this filing through the Court's Electronic Case Filing System.

Robert R. Brunelli
James M. Burke
SHERIDAN ROSS PC
1560 Broadway Street, Suite 1200
Denver, CO  80202

                                 /s/Alastair J. Warr
                                 Dean E. McConnell
                                 Attorney for Plaintiffs

KD_2440940_1.DOC